JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AGUIRRE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RESERVEBAR HOLDINGS CORP.,<br><br>　　　Defendant. | No. CV 25-6131-E<br><br>JUDGMENT |

　　　Pursuant to the Order Dismissing Action Without Prejudice, IT IS ADJUDGED that this action is DISMISSED without prejudice.

DATED:  January 14, 2026

　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE